THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIL JAMES ROBERSON,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>VERGE,<br><br>　　　　　　　　Respondent. | Case No. C24-1130-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation ("R&R") of U.S. Magistrate Judge Theresa L. Fricke (Dkt. No. 9). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS that:

(1)　The R&R is APPROVED and ADOPTED.

(2)　Petitioner's habeas corpus petition is dismissed without prejudice.

DATED this 15th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C24-1130-JCC
ORDER - 1